# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA



RECEIVED
USDC CLERK, COLUMBIA, SC
2024 AUG 15 PM 1:57

# FORMS FOR FILING CASES

## *PRO SE* (Representing Yourself)

## Prisoner

Revised December 1, 2023

Complaint - Prisoner
Revised December 1, 2023

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Michael Breyan

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Columbia Care Center

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 2:24-cv-4478-BHH-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
             *(check one)*

2024 AUG 16 AM 11:50

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Michael Breyan

   All other names by which you have been known:

   ID Number:
   Current Institution: Columbia Care Center
   Address: 7901 Farrow road
   Columbia SC 29203

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Columbia Care center Staff
   Job or Title (if known):
   Shield Number:
   Employer:
   Address: 7901 Farrow road
   Columbia, SC 29203

   [✓] Individual capacity    [✓] Official capacity

   Defendant No. 2
   Name:

2

Job or Title
(if known)

Shield Number

Employer

Address

☐  Individual capacity          ☐  Official capacity

Defendant No. 3

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐  Individual capacity          ☐  Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐  Individual capacity          ☐  Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 1st amendment the right to have contact w/ Friends and Family my 8th Right to be Free From Descrimanation, 9th Amendment the enumeration in the constitutions, OF certain rights, shall not be construed to Deny or disparage others retained by the people...

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. the Staff @ Columbia Care Said that a Female that used to work here but quit went to a Diffrent Job can't come back and visit me on visitation and there NO rule about that in the visitation rules and guidelines nor is it in any policy so Dey Descriminaten tryn to run Dey own rules in w/ this I'm sending a copy of there visitation rules and Guidelines

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

✳ INFORMATION ✳



# MEMORANDUM

**Date:** August 31, 2023

**To:** All CRCC Staff

**From:** Carlos Glenn, Director of Security

**RE:** VISITATION

Columbia Regional Care Center
7901 Farrow Road
Columbia, SC 29203

TEL: 803-935-0505
Fax: 803-935-4569

www.wellpathcare.com

Due to some recent confusion regarding visitation the following are the rules and guidelines.

Patients on SCDMH Units (1, 2, 4, 5  6)
- Patients that are a Green or Yellow Band may have visitors on any day that visitation is offered.
- Visitors name must be on the list in the binder located in the lobby.
- The name on the list must match the name on their picture ID
- Patients may have up to 2 visitors, 1 time per day
- Visitors do not need a scheduled time and may visit for as long as they want, provided there is space available and visitors are not backing up in the lobby
- Visitors may not leave the visitation area or building and then return later.
- Children under 12 are not permitted except for the 3rd weekend of the month.
- All BLACK, RED AND WHITE BANDS MUST be scheduled for a 30 minute time slot in the non-contact room on Saturday or Sunday

Visitation Hours for SCDMH units are as follows:

| | |
|---|---|
| Tuesday - | 2:30 pm – 4:30 pm |
| Wednesday - | 2:30 pm – 4:30 pm |
| Friday - | 6:30 pm – 8:30 pm |
| Saturday - | 10:00 am – 4:30 pm |
| Sunday - | 1:00 pm – 5:00 pm |
| Holidays - | 10:00 am – 4:30 pm |

Patients on CRCC Unit (3&7)
- All patients having visitors MUST have an authorized visit list on file
- All visitors MUST call Karen Perkins to be added to the list of visitors for Saturday, Sunday or Holiday
- Patients that are a Red Level or in Red Jumpsuits must have a scheduled 30 minute visit in non-contact room
- Patients may have up to 2 visitors, 1 time per day
- Visitors do not need a scheduled time and may visit for as long as they want, provided there is space available and visitors are not backing up in the lobby
- Visitors may not leave the visitation area or building and then return later.
- Children under 12 are not permitted except for the 3rd weekend of the month.

Visitation Hours for CRCC units are as follows:

| | |
|---|---|
| Saturday - | 8:30 am – 4:00 pm |
| Sunday - | 8:30 am – 4:00 pm |
| Holidays - | 8:30 am – 4:00 pm |

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other (explain) being held illegally against my will cause I was acussed of charges dey couldn't convict me of after I request a trial by jury which dey denighed which is a violation of my 6th amendment. Dey nale process all my charges den try to send me to Columbia Care Center just so dey could hold me and get some outa me cause dey couldn't convict

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Columbia Care Center wouldn't let a girl that used to work @ Columbia Care Center but got a new job else where be put on my visitation and come see me on vist so I'm commiting to court to have it ordered that she can be put on my list and come see me cuz shes not a employee 4 Columbia Care anymore and to collect a pay...

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Section A Explains it

C. What date and approximate time did the events giving rise to your claim(s) occur?

Don't know to be straight honest w/ you

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A girl used to work for Columbia Care Center quit went to a diffrent Job and wanted to be put on my visitation list to come visit me every weekend and Columbia Care said she can't but it not in none Columbia Care Center policy nor in the visitation rules and guildlines that if you were a employee and go to a diffrent Job you can't come visit anyone so I need it court order Dat (Meaghan Keenan) can be put on Michael Breuin Visitation list and be allowed to visit any day they're allowed visits.

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Was harmed in a Relationshipable of way, Contact etc

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want it Court Ordered Dat (Meaghan Keenan) is to be placed on Michael Breyan's Visitation list and is to be allowd to visit Michael Breyan. and For the Obstruction of Justice, Discrimination I want $750 thousand in punitive Damages. IF Court needs to Speak w/ Meaghan her # is 803-553-5525 and I want released or Discharged From this place. that I Shouldn't be @.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Columbia Care Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

_____
_____
_____
_____

2. What did you claim in your grievance?

_____
_____
_____
_____

3. What was the result, if any?

_____
_____
_____
_____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____
_____
_____
_____

8

F.     If you did not file a grievance:

     1.     If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____
_____

     2.     If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

     ☐     Yes

     ☐     No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     _____

  3. Docket or index number

     _____

  4. Name of Judge assigned to your case

     _____

  5. Approximate date of filing lawsuit

     _____

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____
Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____
_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 10th, 2024

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Michael Breyan
Prison Identification # _____
Prison Address: 7901 Farrow Road
Columbia            SC            29203
        City        State        Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

Address            _____
Telephone Number   _____
E-mail Address     _____

13